AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| LAS VIRGENES UNIFIED SCHOOL DISTRICT <br><br> *Plaintiff(s)* <br> v. <br> META PLATFORMS, INC., FACEBOOK GLOBAL HOLDINGS I , LLC, FACEBOOK GLOBAL HOLDINGS II , LLC, FACEBOOK OPERATIONS, LLC, META PAYMENTS INC., META PLATFORM TECHNOLOGIES, LLC, INSTAGRAM, LLC, SICULUS, INC., SNAP INC., TIKTOK INC., BYTEDANCE INC., ALPHABET INC., GOOGLE LLC, XXVI HOLDINGS INC., and YOUTUBE, LLC, <br> *Defendant(s)* | Civil Action No. 3:23-cv-01771-TSH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attachment

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James P. Frantz, Esq.
Frantz Law Group, APLC
402 West Broadway
Suite 860
San Diego, 92101
Tel:619-233-5945

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Mark B.Busby

*Signature of Clerk or Deputy Clerk*

Date:   04/26/2023

# ATTACHMENT PAGE

## DEFENDANTS FOR SUMMONS

**META PLATFORMS, INC.**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**FACEBOOK HOLDINGS, LLC**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**FACEBOOK OPERATIONS, LLC**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**META PLATFORMS TECHNOLOGIES, LLC**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**META PAYMENTS, INC.**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**INSTAGRAM, LLC**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**SICULUS, INC.**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**SNAP, INC**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**TIKTOK, INC.**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**BYTEDANCE, INC.**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**ALPHABET, INC.**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**GOOGLE, LLC**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**XXVI HOLDINGS, INC.**
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE, WILMINGTON,
NEW CASTLE, DE, 19808

**YOUTUBE, LLC**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**WHATSAPP, INC.**
CT CORPORATION SYSTEM
C/O AMANDA GARCIA
330 N BRAND BLVD
GLENDALE, CA 91203